# EXHIBIT 5

**EXHIBIT 5**
**Infringement Claim Chart for Claims of U.S. Patent No. 7,965,918 (the "'918 Patent") Based on Roku Accused Products**

InnoTV contends that at least the following claims of U.S. Patent No. 7,965,918 (the "'918 Patent") are infringed by the "'918 Roku Accused Products," which include at least Roku R3 series (e.g. 40R3C5).[1]  It should be understood that InnoTV's contentions are not limited to these products but instead encompass any and all reasonably similar products and components that infringe in the same or similar manner as discussed below.[2]

| Claim Language | Roku Accused Products |
|---|---|
| 3. A method for controlling an image display device, comprising: | To the extent the preamble is limiting, the '918 Roku Accused Products provide a method for controlling an image display device.  For example:<br><br>The below images represent an image display device. |

---

[1] InnoTV reserves the right to identify different or additional '918 Roku Accused Products and amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances.

[2] This analysis is preliminary, and InnoTV's investigation is ongoing. InnoTV reserves the right to amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances. Such supplemental information may include, but is not limited to, source code, data sheets, design specifications, deposition testimony, testing information, reference designs implementation and utilization information, and/or schematics.

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
| --- | --- |
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| | 
Ex. 77: Testing photos |

| Claim Language | Roku Accused Products |
|---|---|
| | <br><br>Ex. 76: https://web.archive.org/web/20251023051812/https://www.roku.com/products/roku-tv/roku-made-tvs/select-series-hd |
| receiving a video signal; | The method of using the '918 Roku Accused Products comprises receiving a video signal. For example:<br><br>The '918 Roku Accused Products have several inputs (e.g. cable, satellite, streaming, HDTV antenna) to receive a video signal. |

| Claim Language | Roku Accused Products |
| --- | --- |
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |

| Claim Language | Roku Accused Products |
|---|---|
| |  USB-A<br><br>2 HDMI + 1 HDMI ARC<br><br>Cable/Antenna<br><br>Ex. 76: https://web.archive.org/web/20251023051812/https://www.roku.com/products/roku-tv/roku-made-tvs/select-series-hd |
| decoding the video signal; | The method of using the '918 Roku Accused Products comprises decoding the video signal. For example:<br><br>The '918 Roku Accused Products include decoders to decode video signals from different sources. |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>USB-A<br><br>2 HDMI + 1 HDMI ARC<br><br>Cable/Antenna<br><br>Ex. 76: https://web.archive.org/web/20251023051812/https://www.roku.com/products/roku-tv/roku-made-tvs/select-series-hd |
| displaying a video corresponding to the decoded video signal on a display of the image display device; | The method of using the '918 Roku Accused Products comprises displaying a video corresponding to the decoded video signal on a display of the image display device.  For example:<br><br>The image below shows a video corresponding to the decoded video signal on a display of the image display device. |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |
| displaying a progress bar overlaid on the video displayed on the display, wherein thumbnail images based on the video are associated at prescribed locations of the progress bar; and | The method of using the '918 Roku Accused Products comprises displaying a progress bar overlaid on the video displayed on the display, wherein thumbnail images based on the video are associated at prescribed locations of the progress bar.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |
| displaying at least one corresponding thumbnail image of the video at a prescribed area of the display, wherein the prescribed area is above the progress bar. | The method of the using the '918 Roku Accused Products comprises displaying at least one corresponding thumbnail image of the video at a prescribed area of the display, wherein the prescribed area is above the progress bar.  For example: |

14

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |
| 14. An image display device comprising: | To the extent the preamble is limiting, each of the '918 Roku Accused Products is an image display device.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |

| Claim Language | Roku Accused Products |
|---|---|
| | <br><br>**Bright, clear picture**<br><br>Clear HD (32") or Full HD (32", 40") resolution makes your entertainment stand out on smaller screen sizes.<br><br>Ex. 76: https://web.archive.org/web/20251023051812/https://www.roku.com/products/roku-tv/roku-made-tvs/select-series-hd |
| at least one input to receive a video signal; | The '918 Roku Accused Products have at least one input to receive a video signal.  For example:<br><br>The '918 Roku Accused Products have several inputs (e.g. cable, satellite, streaming, HDTV antenna) to receive a video signal. |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |

| Claim Language | Roku Accused Products |
|---|---|
|  |  USB-A<br><br>2 HDMI + 1 HDMI ARC<br><br>Cable/Antenna<br><br>Ex. 76: https://web.archive.org/web/20251023051812/https://www.roku.com/products/roku-tv/roku-made-tvs/select-series-hd |
| at least one decoder to decode the video signal; and | The '918 Roku Accused Products include at least one decoder to decode the video signal.  For example:<br><br>The '918 Roku Accused Products include decoders to decode video signals from different sources. |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| | <br><br>USB-A<br><br>2 HDMI + 1 HDMI ARC<br><br>Cable/Antenna<br><br>Ex. 76: https://web.archive.org/web/20251023051812/https://www.roku.com/products/roku-tv/roku-made-tvs/select-series-hd |
| at least controller to display a progress bar overlaid on a video based on the video signal on a display, and to display at least one corresponding thumbnail image of the | The '918 Roku Accused Products have at least one controller to display a progress bar overlaid on a video based on the video signal on a display, and to display at least one corresponding thumbnail image of the video at a prescribed area of the display.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| video at a prescribed area of the display, |  |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| |  Ex. 77: Testing photos |
| wherein the thumbnail images based on the video are associated at prescribed locations of the progress bar and the prescribed area is above the progress bar. | In the '918 Roku Accused Products, the thumbnail images based on the video are associated at prescribed locations of the progress bar and the prescribed area is above the progress bar.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| | Ex. 77: Testing photos |