# **EXHIBIT 6**

**EXHIBIT 6**

**Infringement Claim Chart for Claims of U.S. Patent No. 12,096,066 (the "'066 Patent") Based on Roku Accused Products**

InnoTV contends that at least the following claims of U.S. Patent No. 12,096,066 (the "'066 Patent") are infringed by the "'066 Roku Accused Products," which include at least Roku's R6 series (e.g. 55R6C7)[1]. It should be understood that InnoTV's contentions are not limited to these products but instead encompass any and all reasonably similar products and components that infringe in the same or similar manner as discussed below.[2]

| Claim Language | Roku Accused Products |
|---|---|
| 1. An image display device, comprising: | To the extent the preamble is limiting, each of the '066 Roku Accused Products is an image display device. For example: |

---

[1] InnoTV reserves the right to identify different or additional '066 Roku Accused Products and amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances.

[2] This analysis is preliminary, and InnoTV's investigation is ongoing. InnoTV reserves the right to amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances. Such supplemental information may include, but is not limited to, source code, data sheets, design specifications, deposition testimony, testing information, reference designs implementation and utilization information, and/or schematics.

| Claim Language | Roku Accused Products |
|---|---|
|  | <br>Ex. 83: Testing photos |
| a display; | The '066 Roku Accused Products comprise a display.  For example: |

2

| Claim Language | Roku Accused Products |
|---|---|
|  | Ex. 83: Testing photos |
| an external interface configured to be connected to an external device, | The '066 Roku Accused Products comprise an external interface configured to be connected to an external device. For example:<br><br>**Product details**<br><br>What's in the box: 55" 4K Mini-LED TV, Voice remote, AAA batteries (2x), TV power cable, TV stands<br><br>What you'll need: High-speed internet, Wireless or wired router, Screwdriver<br><br>Panel: 4K, QLED<br>Backlight: Mini-LED<br>HDR format: Dolby Vision®, HDR10+, HLG<br>Refresh rate: 60Hz<br>Audio: Dolby Atmos®<br>Connectivity: Ethernet, Wi-Fi® 6, Bluetooth<br>HDMI input: 3 HDMI + 1 HDMI eARC<br>Antenna/cable input: 1<br>USB input: 1 USB-C<br>Audio output: 1 digital optical<br>Headphone output: 1<br>VESA mount: 300mm x 300mm |

3



4

| Claim Language | Roku Accused Products |
|---|---|
| |  |

5

| Claim Language | Roku Accused Products |
|---|---|
|  | <br>Ex. 83: Testing photos |
| a controller configured to: | The '066 Roku Accused Products comprise a controller configured to display an external source list menu including external device information for identifying the external interface.  For example: |

6

| Claim Language | Roku Accused Products |
|---|---|
| display an external source list menu including external device information for identifying the external interface, | The **2025 Roku Plus series** is available in 55", 65", and 75" sizes. It comes with some of the best Pro series features. Equipped with Roku-tuned mini-LED backlighting and enhanced QLED color, the Plus Series delivers deeper blacks, better contrast, and life-like vibrancy. Smart Picture Max, previously a Pro Series exclusive, is now also available on the Plus Series, providing intelligent scene-by-scene adjustments that make everything from live sports to dramas look their best—no manual setting adjustments required. The Plus Series also adds thoughtful upgrades, such as an on-TV remote finder button, the same streamlined cable management introduced with the Pro Series, a new processor-and-memory architecture for faster navigation, and a built-in subwoofer for richer audio.<br><br>• **Roku 75R6C7**<br>• **Roku 65R6C7**<br>• **Roku 55R6C7**<br><br>Ex. 81: https://www.displayspecifications.com/en/news/a4d7e3b<br><br>The external source list menu displayed includes external device information for identifying the external interface, as shown below by the blue square corresponding to the computer connected to the HDMI2 connection and by the red square corresponding to the Sony player connected to the HDMI1 connection. |

| Claim Language | Roku Accused Products |
|---|---|
|  |  |

8

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 83: Testing photos |
| based on the image display device being connected to the external device, display, on a position corresponding to the external device information in the external source list menu, a moving image as the external device information, wherein the moving image is displayed | The controller of the '066 Roku Accused Products is configured to, based on the image display device being connected to the external device, display, on a position corresponding to the external device information in the external source list menu, a moving image as the external device information, wherein the moving image is displayed after receiving a command signal from a remote controller.<br><br>For example, the '066 Roku Accused Products display a moving image (as shown in red below) as external device information upon after receiving a comand signal from the remote controller. |

9

| Claim Language | Roku Accused Products |
|---|---|
| after receiving a command signal from a remote controller. |  |

10

| Claim Language | Roku Accused Products |
|---|---|
|  |  |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 83: Testing photos |