# EXHIBIT 7

**EXHIBIT 7**

**Infringement Claim Chart for Claims of U.S. Patent No. RE50,251 (the "'251 Patent") Based on Roku Accused Products**

InnoTV contends that at least the following claims of U.S. Patent No. RE50,251 (the "'251 Patent") are infringed by the "'251 Roku Accused Products," which include at least Roku's R3 series (e.g. 40R3C5).[1]  It should be understood that InnoTV's contentions are not limited to these products but instead encompass any and all reasonably similar products and components that infringe in the same or similar manner as discussed below.[2]

| Claim Language | Roku Accused Products |
|---|---|
| 1. A display device comprising: | To the extent the preamble is limiting, each of the '251 Roku Accused Products is a display device. For example: |

---

[1] InnoTV reserves the right to identify different or additional '251 Roku Accused Products and amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances.

[2] This analysis is preliminary, and InnoTV's investigation is ongoing. InnoTV reserves the right to amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances. Such supplemental information may include, but is not limited to, source code, data sheets, design specifications, deposition testimony, testing information, reference designs implementation and utilization information, and/or schematics.

| Claim Language | Roku Accused Products |
|---|---|
| | Ex. 77: Testing photos |
| a display panel; | The '251 Roku Accused Products comprise a display panel.  For example: |

| Claim Language | Roku Accused Products |
| --- | --- |
| | <br>Ex. 77: Testing photos |
| a diffusion plate positioned behind the<br>display panel; | The '251 Roku Accused Products comprise a diffusion plate positioned behind the display panel.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  Diffusion plate positioned behind the display panel<br><br>Ex. 77: Testing photos |
| a reflecting sheet positioned behind the diffusion plate, the reflecting sheet having a plurality of holes; | The '251 Roku Accused Products comprise a reflecting sheet positioned behind the diffusion plate, the reflecting sheet having a plurality of holes.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  Reflecting sheet positioned behind the diffusion plate<br><br>Plurality of holes<br><br>Ex. 77: Testing photos |
| a frame configured to be positioned behind the reflecting sheet; | The '251 Roku Accused Products comprise a frame configured to be positioned behind the reflecting sheet.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| |  Ex. 77: Testing photos |
| a first substrate positioned between the reflecting sheet and the frame; | The '251 Roku Accused Products comprise a first substrate positioned between the reflecting sheet and the frame.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| |  Ex. 77: Testing photos |
| a first row of light assemblies mounted on the first substrate and inserted into the plurality of holes; | The '251 Roku Accused Products comprise a first row of light assemblies mounted on the first substrate and inserted into the plurality of holes.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |

| Claim Language | Roku Accused Products |
|---|---|
| at least a second substrate positioned between the reflecting sheet and the frame; | The '251 Roku Accused Products comprise at least a second substrate positioned between the reflecting sheet and the frame.  For example:<br><br> |

| Claim Language | Roku Accused Products |
|---|---|
| |  Ex. 77: Testing photos |
| a second row of light assemblies mounted on the second substrate and inserted into the plurality of holes; and | The '251 Roku Accused Products comprise a second row of light assemblies mounted on the second substrate and inserted into the plurality of holes.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |
| at least a portion of a supporter positioned between the diffusion plate and the reflecting sheet so that the diffusion plate and the reflecting sheet are spaced apart from each other, | The '251 Roku Accused Products comprise at least a portion of a supporter positioned between the diffusion plate and the reflecting sheet so that the diffusion plate and the reflecting sheet are spaced apart from each other.  For example:<br><br>As shown below, a supporter is positioned between the diffusion plate and the reflecting sheet. |

15

| Claim Language | Roku Accused Products |
|---|---|
| | Diffusion plate<br><br>Below is an image after the diffusion plate is removed. |

| Claim Language | Roku Accused Products |
|---|---|
| |  Supporter positioned between the diffusion plate and the reflecting sheet<br><br>Reflecting sheet<br>Ex. 77: Testing photos |
| wherein the supporter is positioned parallel to the first and second rows of light assemblies and between the first and second substrate, and | The supporter of the '251 Roku Accused Products wherein the supporter is positioned parallel to the first and second rows of light assemblies and between the first and second substrate.  For example: |

17

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |
| wherein the supporter comprises:<br><br>an elastic portion configured to deform in response to deformation of the diffusion plate, the elastic portion including a top portion and a bottom portion; | The supporter of the '251 Roku Accused Products comprises an elastic portion configured to deform in response to deformation of the diffusion plate, the elastic portion including a top portion and a bottom portion.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| | 

Supporter

Top portion of elastic portion

Bottom portion of elastic portion

Ex. 77: Testing photos |
| a first supporting portion extending from the top portion of the elastic portion and extending toward the diffusion plate wherein a tip of the first supporting portion is configured to support the diffusion plate; and | The supporter of the '251 Roku Accused Products comprises a first supporting portion extending from the top portion of the elastic portion and extending toward the diffusion plate wherein a tip of the first supporting portion is configured to support the diffusion plate.  For example:

Below is a close-up photo of the supporter.  It includes a first supporting portion extending from the top portion of the elastic portion and extending toward the diffusion plate. |

| Claim Language | Roku Accused Products |
|---|---|
| |  Tip of the first supporting portion<br><br>First supporting portion extending from the top portion of the elastic portion<br><br>In the '251 Roku Accused Products, a tip of the first supporting portion is configured to support the diffusion plate. |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
|  |  Ex. 77: Testing photos |
| a base portion connecting first and second ends of the bottom portion of the elastic portion, | The supporter of the '251 Roku Accused Products comprises a base portion connecting first and second ends of the bottom portion of the elastic portion.  For example: |

22

| Claim Language | Roku Accused Products |
|---|---|
| |  First end of the bottom portion of the elastic portion<br><br>Second end of the bottom portion of the elastic portion<br><br>Base portion<br><br>Ex. 77: Testing photos |
| wherein the base portion is disposed between the first and second substrate, and | The supporter of the '251 Roku Accused Products comprises wherein the base portion is disposed between the first and second substrate. For example: |

23

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Base portion of supporter<br>Ex. 77: Testing photos |
| wherein a gap is formed between the top portion of the elastic portion and the base portion. | The supporter of the '251 Roku Accused Products comprises wherein a gap is formed between the top portion of the elastic portion and the base portion. For example: |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |
| 32. A display device comprising: | To the extent the preamble is limiting, each of the '251 Roku Accused Products is a display device. For example: |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |
| a display panel; | The '251 Roku Accused Products comprise a display panel. For example: |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |
| a diffusion plate positioned behind the display panel; | The '251 Roku Accused Products comprise a diffusion plate positioned behind the display panel.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |   Diffusion plate positioned behind the display panel  Ex. 77: Testing photos |
| a reflecting sheet positioned behind the diffusion plate and having a plurality of holes; | The '251 Roku Accused Products comprise a reflecting sheet positioned behind the diffusion plate and having a plurality of holes.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |
| a frame configured to be positioned behind the reflecting sheet; | The '251 Roku Accused Products comprise a frame configured to be positioned behind the reflecting sheet.  For example: |

30

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| | Ex. 77: Testing photos |
| a first substrate positioned between the reflecting sheet and the frame; | The '251 Roku Accused Products comprise a first substrate positioned between the reflecting sheet and the frame. For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| |  Ex. 77: Testing photos |
| a first row of light assemblies mounted on the first substrate and inserted into the plurality of holes; | The '251 Roku Accused Products comprise a first row of light assemblies mounted on the first substrate and inserted into the plurality of holes.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

First row of light assemblies

First substrate

| Claim Language | Roku Accused Products |
|---|---|
| |  Ex. 77: Testing photos |
| at least a second substrate positioned between the reflecting sheet and the frame; | The '251 Roku Accused Products comprise at least a second substrate positioned between the reflecting sheet and the frame. For example: |

| Claim Language | Roku Accused Products |
|---|---|
|  |  |

| Claim Language | Roku Accused Products |
|---|---|
| |  Ex. 77: Testing photos |
| a second row of light assemblies mounted on the second substrate and inserted into the plurality of holes; and | The '251 Roku Accused Products comprise a second row of light assemblies mounted on the second substrate and inserted into the plurality of holes.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| |  Ex. 77: Testing photos |
| at least a portion of a supporter positioned between the diffusion plate and the reflecting sheet so that the diffusion plate and the reflecting sheet are spaced apart from each other, | The '251 Roku Accused Products comprise at least a portion of a supporter positioned between the diffusion plate and the reflecting sheet so that the diffusion plate and the reflecting sheet are spaced apart from each other.  For example:<br><br>As shown below, a supporter is positioned between the diffusion plate and the reflecting sheet. |

40

| Claim Language | Roku Accused Products |
|---|---|
| |  Diffusion plate <br><br> Below is an image after the diffusion plate is removed. |

| Claim Language | Roku Accused Products |
|---|---|
| |   Ex. 77: Testing photos |
| wherein the supporter is positioned parallel to the first and second rows of light assemblies and between the first and second substrates, and | The supporter of the '251 Roku Accused Products is positioned parallel to the first and second rows of light assemblies and between the first and second substrates.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |
| wherein the supporter comprises:<br><br>an elastic portion configured to deform in response to deformation of the diffusion plate; | The supporter of the '251 Roku Accused Products comprises an elastic portion configured to deform in response to deformation of the diffusion plate.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  Supporter<br>Elastic portion<br>Ex. 77: Testing photos |
| a first supporting portion extending from a top portion of the elastic portion and extending toward the diffusion plate wherein a tip of the first supporting portion is configured to support the diffusion plate; and | The supporter of the '251 Roku Accused Products comprises a first supporting portion extending from a top portion of the elastic portion and extending toward the diffusion plate wherein a tip of the first supporting portion is configured to support the diffusion plate.  For example:<br><br>Below is a close-up photo of the supporter.  It includes a first supporting portion extending from the top portion of the elastic portion and extending toward the diffusion plate. |

44

| Claim Language | Roku Accused Products |
|---|---|
|  |  Tip of the first supporting portion<br><br>First supporting portion extending from a top portion of the elastic portion<br><br>In the '251 Roku Accused Products, a tip of the first supporting portion is configured to support the diffusion plate. |

| Claim Language | Roku Accused Products |
|---|---|
| |  Diffusion plate |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |
| a base portion connecting first and second ends of the elastic portion, | The supporter of the '251 Roku Accused Products comprises a base portion connecting first and second ends of the elastic portion.  For example: |

47

| Claim Language | Roku Accused Products |
|---|---|
| | First end of the bottom portion of the elastic portion<br><br>Second end of the bottom portion of the elastic portion<br><br>Base portion<br><br>Ex. 77: Testing photos |
| wherein a gap is formed between the top portion of the elastic portion and the base portion. | The supporter of the '251 Roku Accused Products comprises wherein a gap is formed between the top portion of the elastic portion and the base portion. For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  Ex. 77: Testing photos |
| 37. A display device comprising: | To the extent the preamble is limiting, each of the '251 Roku Accused Products is a display device. For example: |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |
| a display panel; | The '251 Roku Accused Products comprise a display panel.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  Ex. 77: Testing photos |
| a diffusion plate positioned behind the display panel; | The '251 Roku Accused Products comprise a diffusion plate positioned behind the display panel.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |
| a reflecting sheet positioned behind the diffusion plate, the reflecting sheet having a plurality of holes; | The '251 Roku Accused Products comprise a reflecting sheet positioned behind the diffusion plate, the reflecting sheet having a plurality of holes.  For example: |

Diffusion plate positioned behind the display panel

| Claim Language | Roku Accused Products |
|---|---|
| |  Ex. 77: Testing photos |
| a frame configured to be positioned behind the reflecting sheet; | The '251 Roku Accused Products comprise a frame configured to be positioned behind the reflecting sheet.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| |  Frame behind reflecting sheet<br>Ex. 77: Testing photos |
| a first substrate positioned between the reflecting sheet and the frame; | The '251 Roku Accused Products comprise a first substrate positioned between the reflecting sheet and the frame.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| |  Ex. 77: Testing photos |
| a first row of light assemblies mounted on the first substrate and inserted into the plurality of holes; | The '251 Roku Accused Products comprise a first row of light assemblies mounted on the first substrate and inserted into the plurality of holes.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| |  Ex. 77: Testing photos |
| at least a second substrate positioned between the reflecting sheet and the frame; | The '251 Roku Accused Products comprise at least a second substrate positioned between the reflecting sheet and the frame.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| | Ex. 77: Testing photos |
| a second row of light assemblies mounted on the second substrate and inserted into the plurality of holes; and | The '251 Roku Accused Products comprise a second row of light assemblies mounted on the second substrate and inserted into the plurality of holes.  For example: |

61

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |
| at least a portion of a plurality of supporters positioned between the diffusion plate and the reflecting sheet so that the diffusion plate and the reflecting sheet are spaced apart from each other, | The '251 Roku Accused Products comprise at least a portion of a plurality of supporters positioned between the diffusion plate and the reflecting sheet so that the diffusion plate and the reflecting sheet are spaced apart from each other.  For example:<br><br>As shown below, a plurality of supporters are positioned between the diffusion plate and the reflecting sheet. |

| Claim Language | Roku Accused Products |
|---|---|
| |  Diffusion plate<br><br>Below is an image after the diffusion plate is removed. |

| Claim Language | Roku Accused Products |
|---|---|
| |  Ex. 77: Testing photos |
| wherein the plurality of supporters are positioned parallel to the first and second rows of light assemblies and between the first and second substrates, and | The plurality of supporters of the '251 Roku Accused Products are positioned parallel to the first and second rows of light assemblies and between the first and second substrates. For example: |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |
| wherein each of the plurality of supporters comprises:<br><br>an elastic portion configured to deform in response to deformation of the diffusion plate, the elastic portion including a top portion and a bottom portion; | Each of the plurality of supporters of the '251 Roku Accused Products comprises an elastic portion configured to deform in response to deformation of the diffusion plate, the elastic portion including a top portion and a bottom portion.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |   Supporter — Top portion of elastic portion — Bottom portion of elastic portion<br><br>Ex. 77: Testing photos |
| a first supporting portion extending from the top portion of the elastic portion and extending toward the diffusion plate wherein a tip of the first supporting portion is configured to support the diffusion plate; and | Each of the plurality of supporters of the '251 Roku Accused Products comprises a first supporting portion extending from the top portion of the elastic portion and extending toward the diffusion plate wherein a tip of the first supporting portion is configured to support the diffusion plate.  For example:<br><br>Below is a close-up photo of a supporter.  It includes a first supporting portion extending from the top portion of the elastic portion and extending toward the diffusion plate. |

| Claim Language | Roku Accused Products |
|---|---|
|  |  Tip of the first supporting portion<br><br>First supporting portion extending from the top portion of the elastic portion<br><br>In the '251 Roku Accused Products, a tip of the first supporting portion is configured to support the diffusion plate. |

| Claim Language | Roku Accused Products |
|---|---|
| |  Diffusion plate |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |
| a base portion connecting first and second ends of the bottom portion of the elastic portion, | Each of the plurality of supporters of the '251 Roku Accused Products comprises a base portion connecting first and second ends of the bottom portion of the elastic portion.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Ex. 77: Testing photos |
| wherein the base portion is disposed between the first and second substrate, and | Each of the plurality of supporters of the '251 Roku Accused Products comprises wherein the base portion is disposed between the first and second substrate.  For example: |

71

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| |  Base portion of supporter<br><br>Ex. 77: Testing photos |
| wherein a gap is formed between the top portion of the elastic portion and the base portion. | Each of the plurality of supporters of the '251 Roku Accused Products comprises wherein a gap is formed between the top portion of the elastic portion and the base portion.  For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  Ex. 77: Testing photos |