# EXHIBIT 8

**EXHIBIT 8**

**Infringement Claim Chart for Claims of U.S. Patent No. 12,038,636 (the "'636 Patent") Based on Roku Accused Products**

InnoTV contends that at least the following claims of U.S. Patent No. 12,038,636 (the "'636 Patent") are infringed by the "'636 Roku Accused Products," which include at least Roku's R6 series (e.g. 55R6C7)[1]. It should be understood that InnoTV's contentions are not limited to these products but instead encompass any and all reasonably similar products and components that infringe in the same or similar manner as discussed below.[2]

| Claim Language | Roku Accused Products |
|---|---|
| 1. A display device comprising: | To the extent the preamble is limiting, each of the '636 Roku Accused Products is a display device. For example: |

[1] InnoTV reserves the right to identify different or additional '636 Roku Accused Products and amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances.

[2] This analysis is preliminary, and InnoTV's investigation is ongoing. InnoTV reserves the right to amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances. Such supplemental information may include, but is not limited to, source code, data sheets, design specifications, deposition testimony, testing information, reference designs implementation and utilization information, and/or schematics.

| Claim Language | Roku Accused Products |
| --- | --- |
| |   Ex. 83: Testing photos |
| a display panel; | The ’636 Roku Accused Products comprise a display panel. For example:  Ex. 83: Testing photos |



| Claim Language | Roku Accused Products |
|---|---|
| a frame at a rear of the display panel; | The ’636 Roku Accused Products comprise a frame at a rear of the display panel. For example:  Frame at a rear of the display panel (underneath) |

| Claim Language | Roku Accused Products |
| --- | --- |
| |  Frame at a rear of the display panel Ex. 83: Testing photos |
| a plurality of light sources mounted on a substrate and providing light for the display panel; and | The ’636 Roku Accused Products comprise a plurality of light sources mounted on a substrate and providing light for the display panel. For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| | <br>Frame at a rear of the display panel<br>Ex. 83: Testing photos<br><br>The below image shows the light sources providing light for the display panel. |

| Claim Language | Roku Accused Products |
| --- | --- |
| | **Breathtaking picture**<br><br>Stunningly sharp 4K resolution brings out the rich detail in your entertainment. Local dimming and mini-LEDs fine-tune your picture for more vivid highlights and deeper darks for realistic depth.<br><br>**Colorful QLED screen with Dolby Vision®**<br><br>Watch strikingly accurate hues pop off the QLED screen with an expanded color palette. Experience eye-popping detail in spectacular color, contrast, and brightness with Dolby Vision® technology.<br><br>Ex. 82: https://www.roku.com/products/roku-tv/roku-made-tvs/plus-series |
| a reflective sheet disposed on the frame and reflecting light from the plurality of light sources toward the display panel, | The '636 Roku Accused Products comprise a reflective sheet disposed on the frame and reflecting light from the plurality of light sources toward the display panel. For example: |

| Claim Language | Roku Accused Products |
| --- | --- |
| |   Ex. 83: Testing photos<br><br>The below image shows the reflective sheet reflecting light from the light sources toward the display panel. |

| Claim Language | Roku Accused Products |
|---|---|
| | **Breathtaking picture**<br>Stunningly sharp 4K resolution brings out the rich detail in your entertainment. Local dimming and mini-LEDs fine-tune your picture for more vivid highlights and deeper darks for realistic depth.<br>**Colorful QLED screen with Dolby Vision®**<br>Watch strikingly accurate hues pop off the QLED screen with an expanded color palette. Experience eye-popping detail in spectacular color, contrast, and brightness with Dolby Vision® technology.<br><br>Ex. 82: https://www.roku.com/products/roku-tv/roku-made-tvs/plus-series |
| wherein the frame includes: a flat portion on which the plurality of light sources mounted on the substrate is disposed; | The frame of the '636 Roku Accused Products comprises a flat portion on which the plurality of light sources mounted on the substrate is disposed. For example: |

| Claim Language | Roku Accused Products |
|---|---|
| | <br><br>Ex. 83: Testing photos |
| an inclined portion extended from the flat portion toward an edge of the display panel; and | The frame of the '636 Roku Accused Products comprises an inclined portion extended from the flat portion toward an edge of the display panel. For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  <br>Ex. 83: Testing photos |
| a protrusion protruding from the flat portion of the frame toward the display panel between the plurality of light sources and between the substrate and | The frame of the '636 Roku Accused Products comprises a protrusion protruding from the flat portion of the frame toward the display panel between the plurality of light sources and between the substrate and the inclined portion of the frame. For example: |

| Claim Language | Roku Accused Products |
|---|---|
| the inclined portion of the frame, |  |

| Claim Language | Roku Accused Products |
|---|---|
| | Ex. 83: Testing photos |
| wherein the protrusion of the frame passes through the reflective sheet, and | In the '636 Roku Accused Products, the protrusion of the frame passes through the reflective sheet. For example: <br> Protrusion <br> Reflective sheet |

| Claim Language | Roku Accused Products |
|---|---|
| |   Ex. 83: Testing photos |
| wherein a height of the protrusion above the reflective sheet is less than a height of light sources above the reflective sheet. | In the ’636 Roku Accused Products, a height of the protrusion above the reflective sheet is less than a height of light sources above the reflective sheet. For example:<br><br>As seen from the photo below, when shooting from the same angle with the same scale, the top of the light sources is closer to a high reference line than the top of the protrusion. This indicates the height of the protrusion above the reflective sheet is less than the height of light sources above the reflective sheet. |

| Claim Language | Roku Accused Products |
|---|---|
| |  <br>Ex. 83: Testing photos |
| 18. A display device comprising: | To the extent the preamble is limiting, each of the ’636 Roku Accused Products is a display device. For example: |

| Claim Language | Roku Accused Products |
| --- | --- |
| |   Ex. 83: Testing photos |
| a display panel; | The ’636 Roku Accused Products comprise a display panel. For example:  Ex. 83: Testing photos |

| Claim Language | Roku Accused Products |
|---|---|
| a frame at a rear of the display panel; | The '636 Roku Accused Products comprise a frame at a rear of the display panel. For example:  Frame at a rear of the display panel (underneath) |

| Claim Language | Roku Accused Products |
|---|---|
| |  Frame at a rear of the display panel Ex. 83: Testing photos |
| a substrate disposed on the frame between the display panel and the frame; | The ’636 Roku Accused Products comprise a substrate disposed on the frame between the display panel and the frame. For example:<br><br>As seen from the photo below, after the reflective sheet is removed (which is beneath the display panel), the substrate is shown as being mounted on the frame. So, the substrate is between the frame and the display panel. |

| Claim Language | Roku Accused Products |
| --- | --- |
| |   |

| Claim Language | Roku Accused Products |
|---|---|
| |   Ex. 83: Testing photos |
| a plurality of light sources mounted on the substrate and providing light for the display panel; and | The '636 Roku Accused Products comprise a plurality of light sources mounted on a substrate and providing light for the display panel. For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| | Frame at a rear of the display panel<br>Ex. 83: Testing photos<br><br>The below image shows the plurality of light sources providing light for the display panel. |

| Claim Language | Roku Accused Products |
|---|---|
| | **Breathtaking picture**<br>Stunningly sharp 4K resolution brings out the rich detail in your entertainment. Local dimming and mini-LEDs fine-tune your picture for more vivid highlights and deeper darks for realistic depth.<br>**Colorful QLED screen with Dolby Vision®**<br>Watch strikingly accurate hues pop off the QLED screen with an expanded color palette. Experience eye-popping detail in spectacular color, contrast, and brightness with Dolby Vision® technology.<br>Ex. 82: https://www.roku.com/products/roku-tv/roku-made-tvs/plus-series |
| a reflective sheet disposed on the frame and the substrate and reflecting light from the plurality of light sources toward the display panel, | The '636 Roku Accused Products comprise a reflective sheet disposed on the frame and the substrate and reflecting light from the plurality of light sources toward the display panel. For example: |

| Claim Language | Roku Accused Products |
|---|---|
| | <br><br>Ex. 83: Testing photos<br><br>The below image shows the reflective sheet reflecting light from the plurality of light sources toward the display panel. |

| Claim Language | Roku Accused Products |
|---|---|
| | **Breathtaking picture**<br>Stunningly sharp 4K resolution brings out the rich detail in your entertainment. Local dimming and mini-LEDs fine-tune your picture for more vivid highlights and deeper darks for realistic depth.<br>**Colorful QLED screen with Dolby Vision®**<br>Watch strikingly accurate hues pop off the QLED screen with an expanded color palette. Experience eye-popping detail in spectacular color, contrast, and brightness with Dolby Vision® technology.<br>Ex. 82: https://www.roku.com/products/roku-tv/roku-made-tvs/plus-series |
| the reflective sheet including light holes through which the light sources passes and a guide hole apart from the light holes between the light sources, | The '636 Roku Accused Products comprise a reflective sheet including light holes through which the light sources passes and a guide hole apart from the light holes between the light sources. For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  <br>Ex. 83: Testing photos |
| wherein the frame includes: a flat portion on which the substrate is disposed; | The frame of the ’636 Roku Accused Products comprises a flat portion, a flat portion on which the substrate is disposed. For example: |

| Claim Language | Roku Accused Products |
| --- | --- |
| |   Ex. 83: Testing photos |
| an inclined portion extended from the flat portion toward an edge of the display panel; and | The frame of the ’636 Roku Accused Products comprises an inclined portion extended from the flat portion toward an edge of the display panel. For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |   Ex. 83: Testing photos |
| a protrusion protruding from the flat portion of the frame toward the display panel between the light sources, and | The frame of the ’636 Roku Accused Products comprises a protrusion protruding from the flat portion of the frame toward the display panel between the light sources. For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| | Ex. 83: Testing photos |
| wherein the protrusion of the frame passes through the guide hole of the reflective sheet, | In the ’636 Roku Accused Products, the protrusion of the frame passes through the guide hole of the reflective sheet. For example:<br>Protrusion of the frame passes through the guide hole of the reflective sheet<br>Reflective sheet |

| Claim Language | Roku Accused Products |
|---|---|
| | <br><br>Ex. 83: Testing photos |
| wherein the protrusion of the frame is disposed between the substrate and the inclined portion of the frame, and | In the ’636 Roku Accused Products, the protrusion of the frame is disposed between the substrate and the inclined portion of the frame. For example: |

| Claim Language | Roku Accused Products |
|---|---|
| |  |

| Claim Language | Roku Accused Products |
|---|---|
| | Ex. 83: Testing photos |
| wherein a height of the protrusion above the reflective sheet is less than a height of light sources above the reflective sheet. | In the ’636 Roku Accused Products, a height of the protrusion above the reflective sheet is less than a height of light sources above the reflective sheet. For example:<br><br>As seen from the photo below, when shooting from the same angle with the same scale, the top of the light sources is closer to a high reference line than the top of the protrusion. This indicates the height of the protrusion above the reflective sheet is less than the height of light sources above the reflective sheet. |

| Claim Language | Roku Accused Products |
|---|---|
| | <br><br>Ex. 83: Testing photos |